IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOUETT INVESTMENTS INC. AND JOUETT RT ASSOCIATES, INC.,** | § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:14-CV-1803-L** |
| | § | |
| **INTUIT INC.,** | § § | |
| Defendant. | § | |

## ORDER

Before the court is Intuit's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim for Which Relieve Can be Granted, or in the Alternative, Motion to Transfer Venue (Doc. 9), filed September 2, 2014. The case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 26, 2015, recommending that the court grant Intuit's Motion to Dismiss for Lack of Subject Matter Jurisdiction and deny Intuit's remaining motions as moot. No objections to the Report were filed.

Having reviewed the motions, response, reply, pleadings, file, record, and the Report, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Intuit's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 9); **dismisses without prejudice** this action for lack of subject matter jurisdiction; and **denies as moot** Intuit's remaining motions (Doc. 9).

**It is so ordered** this 15th day of June, 2015.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**